UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>SULLIVAN,<br><br>    Defendant. | Case No. 19-cv-05663-JSC<br><br>**ORDER OF TRANSFER** |

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] The petition challenges the validity of a criminal judgment from San Joaquin County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

As Petitioner challenges the validity of his conviction and sentence, the proper venue for his petition is the district in which he was convicted. San Joaquin County is located within the venue of the Eastern District of California. *See* 28 U.S.C. § 84.

---

[1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 4.)

Accordingly, in the interest of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: October 25, 2019

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO MENDOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>SULLIVAN,<br><br>    Defendant. | Case No. 19-cv-05663-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heriberto Mendoza ID: BC3727
California Correctional Institution
P.O. Box 608
D-6-20up
Tehachapi, CA 93581

Dated: October 25, 2019

                                                   Susan Y. Soong
                                                 Clerk, United States District Court
                                                 By:_____
                                                 Ada Means, Deputy Clerk to the
                                                 Honorable JACQUELINE SCOTT CORLEY